IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAY GIBASE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| GEORGE W. HILL CORRECTIONAL FACILITY | : : | NO. 14-3261 |

## ORDER

AND NOW, this 13TH day of June, 2014, upon consideration of plaintiff's motion to proceed *in forma pauperis* and his *pro se* complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED without prejudice for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons stated in the Court's Memorandum.

3. Plaintiff is given leave to file an amended complaint within thirty (30) days of the date of this Order. Upon the filing of an amended complaint, the Clerk shall not make service until so ORDERED by the Court.

4. The Clerk of Court shall CLOSE this case for statistical purposes.

BY THE COURT:

_____
GERALD A. MCHUGH, J.